UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN C. HADDEN AND MOLLY D. HADDEN                                  PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv246-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                   DEFENDANT

## ORDER

In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

The [89] Order of the United States Magistrate Judge granting Defendant's [63] Motion for Protective Order is **AFFIRMED**, and the [94] Plaintiffs' Objections to Magistrate Judge's [90] Protective Order and Ruling on Motion to Compel are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiffs have failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

**SO ORDERED** this the 25th day of April, 2007.

                                              s/ L. T. Senter, Jr.
                                              L. T. SENTER, JR.
                                              SENIOR JUDGE