UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN C. HADDEN and MOLLY D. HADDEN**                                      **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:06CV246 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                         **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [88] [132] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party are **DENIED**.

**SO ORDERED** this 8th day of May, 2007.

                                                    s/ L. T. Senter, Jr.
                                                  L. T. SENTER, JR.
                                                  SENIOR JUDGE